IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD JAMES COX, JR.,<br><br>    Defendant. | 4:18CR3149<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the United States's Motion for Final Order of Forfeiture (Filing No. 48). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On April 26, 2019, the Court entered a Preliminary Order of Forfeiture (Filing No. 40), pursuant to 21 U.S.C. §§ 841 and 846 and 21 U.S.C. § 853, based upon the Defendant's plea of guilty to Count I and II and the Forfeiture Allegation of the Indictment. Pursuant to the Preliminary Order of Forfeiture, Defendant's interest in $19,931.74 U.S. currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 7, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 27, 2019. (Filing No. 47).

3. The United States has advised the Court that no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Motion for Final Order of Forfeiture is hereby granted.

B. All right, title and interest in and to the $19,931.74 U.S. currency held by any person or entity are hereby forever barred and foreclosed.

C. The $19,931.74 U.S. currency is hereby forfeited to the United States of America.

D. The United States is directed to dispose of said currency in accordance with law.

DATED this 27th day of June, 2019.

BY THE COURT:

s/Richard G. Kopf

**RICHARD G. KOPF, Senior
United States District Court Judge**