IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3149 |
| vs. | **AMENDED FINAL ORDER OF FORFEITURE** |
| DONALD JAMES COX, JR., | |
| Defendant. | |

This matter is before the Court upon the United States's Motion for Amended Final Order of Forfeiture (Filing No. 52). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On April 26, 2019, the Court entered a Preliminary Order of Forfeiture (Filing No. 40), pursuant to 21 U.S.C. §§ 841 and 846 and 21 U.S.C. § 853, based upon the defendant's pleas of guilty to Counts I and II and the Forfeiture Allegation of the Indictment. Pursuant to the Preliminary Order of Forfeiture, defendant's interest in $19,931.74 U.S. currency was forfeited to the United States.

2. On June 27, 2019, this Court entered a Final Order of Forfeiture (Filing No. 50), regarding the forfeiture of defendant's interest in $19,931.74 U.S. currency.

3. The United States has advised the Court that the actual amount of currency seized was $19,961.74 rather than $19,931.74; a difference of $20.00. The corrected amount to be forfeited is $19,961.74 U.S. currency.

4. The United States has advised the Court that no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

5. The Motion for Amended Final Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Motion for an Amended Final Order of Forfeiture is hereby granted.

B. All right, title and interest in and to the $19,961.74 U.S. currency held by any person or entity are hereby forever barred and foreclosed.

C. The $19,961.74 U.S. currency is hereby forfeited to the United States of America.

D. The United States is directed to dispose of said currency in accordance with law.

DATED this 31st day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge